WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole S. Dunn, Esq., SBN 213550
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; ndunn@wrightlegal.net

Attorneys for Defendant, WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA BASTIDA; ROGELIO BASTIDA, HUSBAND AND WIFE; AND BRADLEY VARGAS DBA VARGAS HOME,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC BANK; INDYMAC FEDERAL BANK; ONE WEST BANK; INDYMAC MORTGAGE SERVICES, a division of ONE WEST BANK, FSB; Mr. Brandon Latman, First Vice President, NDEX WEST; Mr. Gregory Peck, an agent for NDEX WEST; WELLS FARGO BANK, N.A.; INVESTORS TITLE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), all believed to be Foreign Corporations and/or Financial Institutions, and/or Foreign Individual Agent(s); T.J. FINANCIAL INC.; NUQUEST LENDING; CECILIA HOAN, an Agent for NUQUEST | Case No. SACV10-1893 DOC (RNBx)<br><br>*Assigned to the Honorable David O. Carter*<br><br>**NOTICE OF ERRATA AS TO DEFENDANT, WELLS FARGO BANK, N.A'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Hearing<br><br>DATE:   January 31, 2011<br>TIME:   8:30am<br>DEPT.:   9D |

-1-

**NOTICE OF ERRATA TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | LENDING; CAL-WESTERN RECONVEYANCE CORPORATION; AGENCY SALES & POSTING; all believed to be Domestic Corporations and/or Domestic Financial Institutions; and OWB REO, LLC, believed to be a domestic Limited Liability Company; and JOHN DOES 1-20 )<br><br>Defendants. ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE THAT** Defendant, WELLS FARGO BANK N.A., filed its Notice of Motion and Motion to Dismiss in the instant matter on December 20, 2010, and the Tables of Contents and Authorities were inadvertently omitted from the filing.

Attached as Exhibit "1" hereto is the Table of Contents and Authorities to accompany that Demurrer.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated:  December 22, 2010          By:     /s/Nicole S. Dunn
                                                          T. Robert Finlay, Esq.
                                                          Nicole S. Dunn, Esq.
                                                          Attorneys for Defendants,
                                                          WELLS FARGO BANK, N.A.,

**NOTICE OF ERRATA TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# EXHIBIT "1"

## **TABLE OF CONTENTS**

Page No.

I. INTRODUCTION ..... 1
II. STATEMENT OF FACTS ..... 2
III. ARGUMENT ..... 3
    A. Motion to Dismiss Under Federal Rule 12(b)(6) is Proper ..... 3
    B. To the Extent Plaintiffs' Complaint Seeks to Set Aside or Cancel the Non-Judicial Foreclosure Documents or Any Other Equitable Remedy, the Complaint Fails Because Plaintiffs Have Not Tendered to Cure the Default ..... 4
    C. Plaintiffs' First Claim for "Lack of Jurisdiction of a Limited Jurisdiction Forum;" Second Claim for "Unequitable Practices, Predecessor and Successor Corporate Liability" And Twelfth Claim for "Illegal Contract and Notices, Language" are Not Causes of Action and Assert No Wrongdoing ..... 6
    D. Plaintiffs' Third (RESPA) and Ninth (TILA) Claims Based On Wrongdoing at the Time of Loan Origination Do Not Implicate Moving Defendant and Are Barred by the Statute Of Limitations Applicable to RESPA and TILA Actions ..... 6
    E. Plaintiffs' Fourth Cause of Action for Violations of California Civil Code §2923.52, et seq. is Without Merit ..... 7
        1. Lenders or Servicers are not obligated to give loan modifications ..... 8
        2. Defendant did not violate Civil Code 2923.52 ..... 8
    F. Plaintiffs' Fifth Cause of Action for Violations of the Making Home Affordable Program (HAMP) Assert No Wrongdoing and Plaintiffs are not entitled to a HAMP loan modification ..... 9

G. Plaintiffs' Sixth Claim for Violation of FDCPA, 15 U.S.C. §1692 Fails Because the Statute is Inapplicable to Foreclosure .... 11

H. Plaintiffs' Seventh Claim for "Defendants had no Right to Seek Possession of the Property" is Not a Cause of Action And Assert No Wrongdoing .... 11

I. Plaintiffs' Eighth Claim for Violation of Unfair Competition Law (B&P Code §17200) Fails Because Plaintiff Does Not Allege Specific Facts to Support the Claim or Allege a Wrongful Business Practice or Pattern .... 12

J. Plaintiffs' Tenth Claim for Fraud is Time-Barred and Not Adequately Pled .... 13

K. Plaintiffs' Eleventh Claim for "Affordability of the Loan and Breach of Fiduciary Duties" Fails Because This is Not a Cause Of Action; the Relationship Between the Parties is an Ordinary Lender/Borrower Relationship and No Duty Exists .... 14

L. Plaintiffs' Thirteenth Cause of Action for "Unconscionable Contract(s)" and the Fourteenth Claim for Breach of Contract Are Fatally Uncertain in and Fail Because Plaintiffs Have Not Established That a Contract was Formed and Fail to Allege The Requisite Elements of Breach of Contract .... 16

M. Plaintiffs' Fifteenth Cause of Action for "Bad Faith Breach Of Contract" Fails as This is Not a Cause of Action .... 17

N. Plaintiffs' Sixteenth Cause of Action for "Breach of Quiet Enjoyment" Fails Because Their Actual Possession is not Disturbed .... 17

O. Plaintiffs'' Seventeenth Cause of Action for "Punitive Damages" Fails Because This is Not a Cause of Action .... 18

IV. A COURT MAY STRIKE ALLEGATIONS THAT ARE IMMATERIAL OR IMPERTINENT ............................................................. 18

V. CONCLUSION ............................................................................................ 20

# TABLE OF AUTHORITIES

**Cases**                                                                                           **Page No.**

*Abdallah v. United Savings Bank,*
    43 Cal.App.4th 1101, 1109 (1996) .................................................................. 4

*Aleem v. Bank of America,*
    2010 WL 532330 at *4 (C.D. Cal. Feb. 9, 2010) .......................................... 9

*Armendariz v. Foundation Health Psychcare Services, Inc.,*
    (2000) 24 Cal 4th 83, 114. ............................................................................ 16

*Arnold's Management Corp. v. Eisen,*
    158 Cal.App.3d 575, 577, 578-579 (1984) ......................................... 4, 5, 14

*Balistreri v. Pacifica Police Dept.,*
    901 F.2d 696, 699 (9th Cir. 1990) ................................................................ 3

*Bank of the West v. Superior Court,*
    (1992) 2 Cal.4th 1254, 1267). ..................................................................... 12

*Branch v. Tunnel,*
    14 F.3d 449, 454 (9th Cir. 1994) .................................................................. 3

*Bureerong v. Uvawas,*
    (C.D. Cal.1996) 922 F. Supp.1450, 1479 n.34 ........................................... 19

*Careau & Co. v. Security Pacific Business Credit, Inc.,*
    (1990) 222 Cal.App.3d 1371, 1399 ............................................................ 15

*Consumer Advocates v. Echostar Satellite Corp.,*
    (2003) 113 Cal.App.4th 1351, 1360 ........................................................... 13

*Corin v. Cintas Corp,*
    2009 WL 5206712 (E.D. Cal. 2009) .......................................................... 16

*Delgadillo v. Countrywide Home Loans, Inc.,*
    2009 WL 5064943, at *1-2 (C.D. Cal. Dec. 23, 2009) ................................. 9

| | |
|---|---|
| *Deutsch v. Flannery,* | |
|     823 F.2d 1361, 1365 (9th Cir. 1987) | 13 |
| *During v. First Boston Corp.,* | |
|     815 F.2d 1265, 1267 (9th Cir. 1987) | 4 |
| *Escobedo v. Countrywide,* | |
|     WL 4981618 at *3 (S.D. Cal. Dec. 15, 2009) | 9 |
| *F.P.B.I. Rehab 01 v. E&G Investments, Ltd.,* | |
|     (1989) 207 Cal.App.3d 1018, 1021 | 4 |
| *Fantasy, Inc. v. Fogerty,* | |
|     984 F.2d 1524, 1528 (9th Cir. 1993) | 19 |
| *Fogerty v. Fantasy, Inc.,* | |
|     510 U.S. 517 (1994) | 19 |
| *Freeman & Mills, Inc. v. Belcher Oil Co.,* | |
|     (1995) 11 Cal.4th 85, 95. | 17 |
| *Freeman v. Time, Inc.,* | |
|     (9th Cir. 1995) 68 F.3d 285, 289 | 13 |
| *G.D. Searle & Co. vs. Superior Court,* | |
|     (1975) 49 Cal.App.3d. 22 | 19 |
| *Giles v. General Motors Acceptance Corp.,* | |
|     (2007) 494 F.3d 865, 882. | 14 |
| *Glen Holly Entm't v. Tektronix, Inc.,* | |
|     100 F.Supp.2d. 1086, 1094, 1096 n. 2 (C.D. Cal. 1999) | 14 |
| *Hilliard v. A.H. Robins Co.,* | |
|     (1983) 148 Cal.App.3d 374, 391, | 18 |
| *Hulse v. Ocwen Fed. Bank, FSB,* | |
|     195 F. Supp. 2d 1188, 1204 (D. Or. 2002) | 10 |

*In re Tobacco II Cases,*
　　(2009) 46 Cal.4th 298, 312. ..................................................................... 12

*Johns-Manville Salescorp Private Carriage v. Workers Compensation*
　　*Appeals Board* (1979) 96 Cal.App.13d 923 ............................................. 20

*Jones v. Wells Fargo Bank*,
　　(2003) 112 Cal.App.4th 1527, 1539-40 .................................................... 16

*Karlsen v. American Sav. & Loan Assn.*,
　　15 Cal.App.3d 112, 117, 118 (1971) ...................................................... 4, 5

*Khoury v. Maly's of California, Inc.*,
　　(1993) 14 Cal.App.4th 612, 619. ............................................................. 12

*Kim v. Sumitomo Bank,*
　　(1993) 17 Cal.App.4th 974, 979. ............................................................. 15

*King v. California,*
　　784 F.2d 910, 915 (9th Cir.1986) .............................................................. 7

*Levy v. State Farm Mut. Auto Ins. Co.,*
　　150 Cal. App. 4th 1, 5 (2007) .................................................................. 17

*Lippitt v. Raymond James Fin. Servs.*,
　　(9th Cir. 2003) 340 F.3d 1033, 1043). ...................................................... 12

*Marin Storage & Trucking, Inc. v. Benco Contracting & Engineering, Inc.*
　　(2001) 89 Cal.App.4th 1042 , 1055 .......................................................... 16

*McDowell v. Hyman,*
　　117 Cal. 67, 69 (1897) ............................................................................. 17

*Newman v. Checkrite California,*
　　912 F.Supp. 1354, 1375 (E.D.Ca.1995). .................................................. 13

*Olsen v. Breeze, Inc.*,
　　(1996) 48 Cal.App.4th 608, 617-618 ....................................................... 12

*Orient Handel v. United States Fid. Guar. Co.*,
　　(1987) 192 Cal.App.3d 684, 697 .............................................................. 18

| | |
|---|---:|
| *People v. Casa Blanca Convalescent Homes, Inc.,* (1984) 159 Cal.App.3d 509, 530. | 12 |
| *People v. McKale,* (1979) 25 Cal.3d 626, 632). | 12 |
| *Pierce v. Nash,* 126 Cal.App.2d 606, 612 (1954 | 17 |
| *Poirier v. Gravel,* 88 Cal. 79, 82 (1891) | 17 |
| *Price,* (1989) 213 Cal.App.3d at 476. | 15 |
| *Rosales v. Citibank,* 133 F. Supp. 2d 1177, 1180 (N.D. Cal. 2001) | 19 |
| *Roth v. Malson,* 67 Cal. App. 4th 552, 557 (1998) | 17 |
| *Saunders v. Superior Court,* (1994) 27 Cal.App.4th 832, 838-39 | 12 |
| *Software Design & App. Ltd. v. Hoelter & Arnett, Inc.,* 56 Cal.Rptr.2d 756, 760. | 15 |
| *State of California v. State Lands Comm.,* 512 F. Supp. 36, 38 (N.D. Cal. 1981) | 19 |
| *Stewart v. Life Ins. Co. of North America,* (E.D. Cal. 2005) 388 F.Supp.2d 1138, 1143 | 12 |
| *Stickrath v. Globalstar, Inc.,* (N.D. Cal. 2007) 527 F.Supp.2d 992, 989 | 13 |
| *Tarmann v. State Farm Mutual Auto Ins. Co.,* 2 Cal.App.4th 153, 157 (1991) | 14 |
| *United States Cold Storage v. Great Western Savings & Loan Assoc.,* 165 Cal.App.3d 1214, 1222 (1985) | 4 |

| | |
|---|---|
| 1 *Vega v. JPMorgan Chase Bank, N.A.*, | |
| 2     2009 WL 2731039 (E.D.Cal., 2009). | 13 |
| 3 *Villa v. Wells Fargo Bank*, | |
| 4     2010 WL 935680 at *3 (S.D. Cal. Mar. 15, 2010) | 9 |
| 5 *Wailua Assoc. v. Aetna Casualty & Surety Co.*, | |
| 6     183 F.R.D. 550, 553, 556 (D. Hawaii 1998) | 18 |
| 7 *Yerington Ford, Inc. v. General Motors Acceptance Corp.*, | |
| 8     (D.Nev. 2004) 359 F.Supp.2d 1075, 1090 | 15 |

**Statutes**

| | |
|---|---|
| 12 U.S.C. § 2614 | 7 |
| *Civil Code* §§1486 | 5 |
| *Civil Code* §§1493 | 5 |
| *Civil Code* §§1494 | 5 |
| *Civil Code* §§1495 | 5 |

**Rules**

| | |
|---|---|
| *FRCP* Rule 12(b)(6) | 10 |
| FRCP Rule 12(f). | 18 |

**Other Authorities**

| | |
|---|---|
| 2 Moore's Federal Practice §12.37[3] (3d ed. 2004) | 19 |
| 4 Miller & Starr, Cal. Real Estate (3rd ed. 2000) § 10:212, p. 685-686 | 4, 5 |
| B.E. Witkin, *California -Procedure*, Vol. 4 Pleading §515, pg. 648 (WEST 5th Ed., 2008) | 16 |
| Wright & Miller, *Federal Practice and Procedure*: Civil 3d § 1382 | 18 |

# PROOF OF SERVICE

I, Matthew Tran, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On December 22, 2010 I served the within **NOTICE OF ERRATA AS TO DEFENDANT WELLS FARGO BANK N.A'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** on all interested parties in this action as follows:

[x]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

> James J. Brown, III, Esq.
> Law Offices of James J. Brown, III
> 1700 E. Garry Ave #222
> Santa Ana, CA 92705
> Tel: 562-363-6850 Fax: 888-558-1765
> **Attorneys for Plaintiffs, Victoria Bastida, et al.**

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on thisdate following ordinary business practices.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (888)822-1710 complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]   (BY OVERNIGHT EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Overnight Express with the delivery fees provided for.

[X]   (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's

|   |   |
|---|---|
| 1 | transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system. |
| [X] | (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2010 at Newport Beach, California.

_____
Matthew Tran