UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 10-01893 DOC (RNBx)                                           Date: January 14, 2011

Title: VICTORIA BASTIDA, ET AL v. INDYMAC BANK, ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                           NONE PRESENT

PROCEEDING (IN CHAMBERS): GRANTING DEFENDANT WELLS FARGO BANK N.A.'S MOTION TO DISMISS [3]

      Before the Court is a Motion to Dismiss filed by Defendant Well Fargo Bank N.A. in the above-captioned case ("Motion").  Plaintiff's Opposition, if any, was due on January 10, 2011. To date, Plaintiff has not filed an Opposition.

      Accordingly, pursuant to Local Rule 7-12, the Motions are hereby GRANTED AS UNOPPOSED.  Plaintiff's Complaint is hereby DISMISSED without prejudice.

      The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                   Initials of Deputy Clerk kp
CIVIL - GEN                                                                          Page 1 of 1